LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER**<br>ADAM G. SINGER<br>**EMAIL**<br>asinger@adamsingerlaw.com | **DIRECT DIAL**<br>(212) 842 – 2428<br>**FACSIMILE**<br>(212) 658 – 9682 |

April 29, 2025

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

> Re: *McAdoo v. Equifax Information Services LLC* 7:24-cv-09886-KMK
> **Consent Motion for Extension of Time to File and To Respond to the Complaint**

Dear Judge Karas:

    This firm represents Plaintiff in the above-referenced action. Plaintiff respectfully requests a two-week extension of time to file the Complaint. The original deadline for Plaintiff to file the Complaint was Wednesday, April 30, 2025, and the original deadline for Equifax to respond to the Complaint was Wednesday, May 14, 2025. The new dates requested are Wednesday, May 14, 2025, for Plaintiff to file her Complaint, and Wednesday, May 28, 2025, for Equifax to file its response. This is Plaintiff's first request for an extension of time.

    The reasons for this request are that the parties are involved in ongoing settlement discussions and the undersigned's associate attorney recently had to deal with personal exigent circumstances, the details of which were shared with opposing counsel.

    Counsel for Equifax, Adam T. Hill, has consented to this request on behalf of Equifax.

Granted.
So Ordered.
4/30/25

Respectfully submitted,

Adam G. Singer

ROCKLAND
400 RELLA BOULEVARD, SUITE 207-488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601